No. 278. Ex Parte Cautiño.—Moción sobre aprobación de fianza notarial. Resuelto en mayo 22, 1912. Aprobada la escritura de fianza personal otorgada por Don Manuel González y Don Genaro Cautiño en febrero 7, 1911, ante el Notario de Guayama Don Tomás Bernardini de la Huerta. El Peticionario compareció en nombre propio.

No. 342. Ex Parte López.—Moción sobre aprobación de fianza notarial. Resuelto en mayo 22, 1912. Aprobada la fianza personal otorgada por Don Enrique y Don Arturo Bird y Arias en mayo 16 de 1912, ante el Notario de Fajardo Don Angel García Veve. El Peticionario compareció en nombre propio.

No. 24. Ex Parte Vías Ochoteco.—Procedimiento sobre cancelación y devolución de fianza del registrador de la propiedad. Resuelto en mayo 23, 1912. Cancelada la fianza constituída por el abogado Sr. Juan F. Vías Ochoteco para garantir el cargo de Registrador de la Propiedad de Caguas. El Peticionario compareció en nombre propio.

No. 850. Otero v. Pascual.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción del apelante desistiendo de la apelación. Resuelto en mayo 24, 1912. Desistida la apelación a instancia del apelante. Abogado del apelante: *Sr. Juan López de Goenaga.* La parte apelada no compareció. Abogado del Pueblo: *Charles E. Foote, Fiscal.*

No. 764. The Ponce Lighter Company v. El Municipio de Ponce et al.—Apelación procedente de la Corte de Distrito de Ponce. Resuelto en mayo 24, 1912. Revocada la sentencia apelada. El Juez Asociado Sr. Wolf emitió la opinión del